IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

_____

Jane Doe,

Plaintiff

                           AGENCY FILE No. A 241 784 855

                           Case No. **3:25-cv-550**

v.                  **PLAINTIFF'S COMPLAINT FOR CIVIL RELIEF UNDER 18 U.S.C. § 1595**

GERARDO FERNANDEZ SANCHEZ,
HENRY FERNANDEZ SANCHEZ, and
YORDIN JOSUE PICADO.

Defendants.

_____

## I. INTRODUCTION

1. This is an action brought by a survivor of human trafficking under 18 U.S.C. § 1595. Plaintiff was recruited to work in the elder care industry under false pretenses.

2. Defendants Yordin Josue Picado, Henry Fernandez Sanchez, and Gerardo Fernandez Sanchez along with any other potentially unknown agents or co-conspirators, did engage in a forced labor and sex trafficking venture against Plaintiff.

## II. JURISDICTION AND VENUE

3. This court has jurisdiction under 18 U.S.C. § 1595, and venue is proper as relevant acts occurred in this district.

## III. FACTS

4. Plaintiff was transferred to various jurisdictions against her will by her captor/s' network, eventually causing Plaintiff to be apprehended and prosecuted under 18 USC 1028 (a)(4) & (b)(5) & (b)(6) for carrying identifications on her person that she was forced to carry by her captors.

5. During her mandatory travels and work for defendants' network, Plaintiff was subjected to forced labor, working up to 20 hours a day for no wage.

6. Defendants were the direct perpetrators of this trafficking scheme.

## IV. CLAIMS FOR RELIEF

### COUNT I: Violation of 18 U.S.C. § 1595(a) – Civil Remedy

7. Defendants engaged in and profited from a forced labor venture in violation of 18 U.S.C. § 1589 and § 1595(a).

8. As a result, Plaintiffs suffered emotional distress, physical harm, and economic, as well as legal damages.

## V. PRAYER FOR RELIEF

Plaintiff requests the court to:

a. Award compensatory damages.

b. Award punitive damages.

c. Award reasonable attorneys' fees.

d. Order any other relief that the court deems proper (including that which relates

to the prosecution of the Plaintiff/victim under 18 USC 1028 (a)(4) & (b)(5) & (b)(6)).

Respectfully Submitted,

/s/ Lauren O'Neal

Lauren O'Neal, Esq.

Virginia State Bar No.: 91662

## VERIFICATION PURSUANT TO 18 U.S.C. § 1595

I represent Plaintiff, Jane Doe, and submit this verification on her behalf. I hereby verify that the factual statements made in the foregoing Complaint under the **Trafficking Victims Protection Act of 2000 (TVPA)**, are true and correct to the best of my knowledge and understanding.

Dated this 14th day of November, 2025.

/s/ Lauren O'Neal

Lauren O'Neal, Esq.

Virginia State Bar No.: 91662